ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **SHONTELLE BAKER,** | **CASE NO. 2:19-cv-01862-JCM-DJA** |
| **Plaintiff,** | |
| v. | **STIPULATION TO SUBSTITUTE ATTORNEYS** |
| **C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,** | |
| **Defendants.** | |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Eric W. Swanis, Esq. of Greenberg Traurig LLP as counsel of record in this action in place and stead of Richard B. North, Jr., Esq. of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 14th day of November 2019.

**C. R. BARD, INC.**
Defendant

**BARD PERIPHERAL VASCULAR, INC.**
Defendant

By: */s/ Greg A. Dadika*
   Its: Associate General Counsel, Litigation

By: */s/ Greg A. Dadika*
   Its: Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 14th day of November 2019.

NELSON MULLINS

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6155

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 14th day of November 2019.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

**APPROVED:**

DATED: November 18, 2019

Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 14, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

> Paul L. Stoller (No. 016773)
> Ashley Crowell (No. 027286)
> DALIMONTE RUEB STOLLER, LLP
> 2425 E. Camelback Road, Suite 500 Phoenix, Arizona 85016
> Telephone: (602) 888-2807
> paul@drlawllp.com
> ashley@drlawllp.com
> *Counsel for Plaintiff*
>
> John A. Dalimonte
> (MA Bar No. 554554)
> DALIMONTE RUEB STOLLER, LLP
> 85 Devonshire Street, Suite 1000
> Boston, MA 02109
> Telephone: (833) 443-7529
> Facsimile: (855) 205-2053
> john@drlawllp.com
> *Co-Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Evelyn Escobar-Gaddi*
　　　　　　　　　　　　　　　　　　　　　　　 An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002