ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHONTELLE BAKER,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-01862-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**(FIRST REQUEST)** |

Now come the parties in the above-captioned matter pursuant to Local Rule IA 6-1 and hereby submit this Stipulation for Extension of Time to Respond to Motion to Dismiss for Lack of Personal Jurisdiction. Specifically, the parties request an additional one week to allow them to meet-and-confer on this matter to determine what action to take, if any, or seek transfer to the appropriate jurisdiction. As grounds therefore, the parties state as follows:

The parties believe that they may reach agreement as to the underlying facts pertaining to jurisdiction and the proper action, if any, to direct this matter to the proper jurisdiction. Given the timing of the motion prior to the Thanksgiving holiday, the parties have not had the time to meet-and-confer nor has counsel for Plaintiff had an opportunity verify the residence of their client at the time of implant ten years ago and the reasoning from any Nevada third-

party to recommend the product implanted in Plaintiff. The parties believe that one week is sufficient time to verify such needed information and to allow the parties to meet-and-confer once such information is reviewed.

For the foregoing reasons, the parties stipulate and request that this Court enter an order allowing an additional one week, to and including **December 11, 2019**, for Plaintiff to respond to the Motion to Dismiss for lack of personal jurisdiction.

**IT IS SO STIPULATED.**

| DALIMONTE RUEB STOLLER, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ John A. Dalimonte* <br> JOHN A. DALIMONTE, ESQ. <br> MA Bar #554554 <br> GREGORY RUEB, ESQ. <br> CA Bar # 154589 (pro hac vice application pending) <br> 85 Devonshire Street, Suite 1000 <br> Boston, MA 02109 <br> Telephone: 833-443-7529 <br> Facsimile: 855-203-2035 <br> Email: john@drlawllp.com <br> *Counsel for Plaintiffs* | By: */s/ Eric W. Swanis* <br> ERIC W. SWANIS, ESQ. <br> Nevada Bar No. 6840 <br> swanise@gtlaw.com <br> 10845 Griffith Peak Drive <br> Suite 600 <br> Las Vegas, Nevada 89135 <br> *Counsel for Defendants* |

**IT IS SO ORDERED.**

_(signature)_
UNITED STATES DISTRICT COURT JUDGE

Dated December 5, 2019.

2